IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HOWARD EALY,

    Plaintiff,                      CV F 02 5897 AWI  WMW   P

  vs.                                ORDER

DR. ZOLLER, et al.,

    Defendants.

Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This action proceeds on the February 18, 2005, third amended compliant. The third amended complaint states a claim against defendants Zoller, Rhodes, Kim and Sinclare for deliberate indifference to his medical needs, in violation of the Eighth Amendment. Accordingly, it is HEREBY ORDERED that:

    1.    Service is appropriate for the following defendants:

        DR. ZOLLER

        DR. RHODES

        DR. KIM

        MTA SINCLAIR

    2.    The Clerk of the Court shall send plaintiff four USM-285 forms, four summonses,

1  a Notice of Submission of Documents form, an instruction sheet and a copy of the
2  third amended complaint filed February 18, 2005.

3. Within **thirty (30) days** from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the court with the following documents:

   a. Completed summons;
   b. One completed USM-285 form for each defendant listed above; and
   c. Five copies of the endorsed third amended complaint filed February 18, 2005.

4. Plaintiff need not attempt service on defendants and need not request waiver of service.  Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

5. <u>The failure to comply with this order will result in a recommendation that this action be dismissed</u>.

IT IS SO ORDERED.

**Dated:   August 29, 2005**              /s/  **William M. Wunderlich**
mmkd34                                    UNITED STATES MAGISTRATE JUDGE